**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| SEABOARD REALTY, LLC ) | |
| ) | Case No. 15-12508 (LSS) |
| Debtor. ) | |
| ) | Ref. D.I. 32 |

**STATUS REPORT**

In accordance with the Court's order requiring status report (D.I. 32), Jeoffrey L. Burtch, Chapter 7 Trustee of the captioned Debtor, by and through the undersigned counsel, responds as follows:

1. The prepetition circumstances that occasioned the commencement of these proceedings.

On December 15, 2015, Seabord Realty, LLC (the "Debtor") and affiliated entities including Newbury Common Associates, LLC; 600 Summer Street Stamford Associates, LLC; Seaboard Hotel Member Associates, LLC; Seaboard Hotel LTS Member Associates, LLC; Park Square West Member Associates, LLC; Seaboard Residential, LLC; One Atlantic Member Associates, LLC; 88 Hamilton Avenue Member Associates, LLC; 316 Courtland Avenue Associates, LLC; 300 Main Management, Inc.; 300 Main Street Member Associates, LLC; PSWMA I, LLC; PSWMA II, LLC; and Tag Forest, LLC (filed December 14, 2015) filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

Additional affiliated entities Newbury Common Member Associates, LLC; Century Plaza Investor Associates, LLC; Seaboard Hotel Associates, LLC; Seaboard Hotel LTS Associates, LLC; Park Square West Associates, LLC; Clocktower Close Associates, LLC; One Atlantic

Investor Associates, LLC; 88 Hamilton Avenue Associates, LLC; 220 Elm Street I, LLC; and 300 Main Street Associates, LLC filed Chapter 11 Bankruptcy Petitions on February 3 and 4, 2016.  On March 17, 2016, 220 Elm II, LLC filed a Chapter 11 Bankruptcy Petition.

On June 29, 2017, the Court entered an Order dismissing the Newbury Common Associates, LLC and Newbury Common Member Associates, LLC Chapter 11 Cases.

While certain of the affiliated debtors successfully confirmed a plan (the "Plan")[1], on June 30, 2017, an Order was entered converting this case to a case under Chapter 7 of the Bankruptcy Code [Docket No. 15].

The chapter 11 cases of 600 Summer Street, Seaboard Hotel LTS Member, Seaboard Residential, One Atlantic Member, 316 Courtland Ave., 300 Main Management, 300 Main Street Member, Seaboard Hotel LTS, Clocktower Close, 220 Elm I, 300 Main Street and 220 Elm II were closed by order entered March 27, 2018 (Case No. 15-12510, Docket No. 94).

2.   Whether any major sales of assets have occurred in the case.

Debtor's primary assets were its membership interest in other Chapter 11 Debtor entities:

| | |
|---|---|
| 300 Main Management, Inc. | 25% |
| 300 Main Street Member Associates, LLC | 25% |
| 316 Courtland Avenue Associates, LLC | 25% |
| 600 Summer Street Stamford Associates, LLC | 25% |
| 88 Hamilton Avenue Member Associates, LLC | 25% |
| Newbury Common Member Associates, LLC | 25% |
| Park Square West Member Associates, LLC | 25% |
| PSWMA II, LLC | 100% |

---

[1] See Confirmation Order D.I. 1805 establishing NCA Investors' Liquidating Trust and appointing the Wind-Down Administrator and Investor Trustee.

| | |
|---|---|
| Seaboard Hotel LTS Member Associates, LLC | 25% |
| Seaboard Hotel Member Associates, LLC | 25% |
| Seaboard Residential, LLC | 25% |

Many of those membership interests will receive no distribution by virtue of the waterfall contained in the Plan and/or the closure or dismissal of the Chapter 11 cases referenced above.

3. The status of plan negotiations or preparations, and whether a plan has been confirmed.

   N/A

4. Any major litigation pending or expected to be filed in the case.

   None.

5. The status of analysis of Chapter 5 causes of action, including whether any suits have been brought.

   None.

6. Every open adversary proceeding, and the current status of such proceeding.

   There are no open adversary proceedings at the present time.

7. Counsel's expectation as to any future significant developments or events in the administration of the case.

The Trustee has filed proofs of equity interest in certain NCA Investor Trust Debtors: Seaboard Hotel Member Associates, PWSMA II, LLC, Park Square West Member Associates, LLC, and 88 Hamilton Avenue Member Associates, LLC. According to the *Joint Motion of the Wind-Down Administrator and Investor Trustee for an Order Extending the Claims Objection Deadline Under the Plan to October 13, 2021,* filed in the Seaboard Hotel Member Associates, LLC *et al.* Case No. 15-12510 (LSS) [D.I. 215], the Investor Trustee has not reviewed any filed

proofs of equity interest and has presently extended the deadline to do so until October 13, 2021. Thus, any recovery to this Debtor depends on whether there are any distributions from the NCA Investor Trust Debtors.

    8.    Any pending motions or other items awaiting disposition by the Court.

    None.

Date:  July 21, 2021                      LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

*Counsel to Jeoffrey L. Burtch, Chapter 7*
*Bankruptcy Trustee for Seaboard Realty, LLC*